Lauri A. Mazzuchetti
Ilona I. Korzha
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
Phone: (973) 503-5900
Facsimile: (973) 503-5950

Attorneys for Defendant
BP Products North America, Inc.

**ORDER ON ORAL MOTION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID KLEIN AND MORRIS AVE. STATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BP PRODUCTS NORTH AMERICA, INC.,<br><br>Defendant. | CIVIL ACTION<br>NO: 11-5113 (WJM) (MF)<br><br>ORDER ADMITTING<br>JONATHAN K. COOPERMAN<br>PRO HAC VICE |

This matter having been brought before the Court by Kelley Drye & Warren LLP, counsel for defendant BP Products North America, Inc. ("Defendant" or "BP"), for an Order allowing Jonathan K. Cooperman, to appear and participate *pro hac vice*, and for good cause shown pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey;

It is on this 14th day of September, 2011 hereby

ORDERED that Jonathan K. Cooperman be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey, and is permitted to argue or try this particular case in whole or in part as counsel for BP; and it is

FURTHER ORDERED that Jonathan K. Cooperman pay a $150 attorney admission fee and the required payment to the New Jersey Lawyers Fund for Client Protection and present this Order to the Clerk of the Court.

This Order confirms Jonathan K. Cooperman's appearance as counsel in this case, and it will be entered on the Court's docket.

_____
Hon. Mark Falk, U.S.M.J.